USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

CARLTON PRESTON,

                                       Plaintiff,

                  -against-

CITY OF NEW YORK, Police Officer MICHAEL RELF,
Shield No. 20351; and JOHN and JANE DOE 1 through 10,
individually and in their official capacities (the names John and
Jane Doe being fictitious, as the true names are presently
unknown),

                                       Defendants.
-------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

16 Civ. 9929 (LGS) (KNF)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

Dated:  June 13, 2018
              New York, New York

**SO ORDERED**

_signature_
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1. The above-referenced action is hereby dismissed with prejudice; and

Dated: New York, New York
      June 12, 2018

ROBERT MARINELLI
*Attorney for Plaintiff*
305 Broadway, Suite 1001
New York, New York 10007
212-822-1427

By: _____
    Robert Marinelli
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York
  and Relf*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
    Joseph Zangrilli
    *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: _____, 2018